**Donald Lee HINTON, Plaintiff-Appellant,**

v.

**WALKER, Recreation Supervisor LVCC; C. Townes, Unit Manager, LVCC; Malone, Sergeant LVCC; Millani, Doctor LVCC; C. Jones, Ombudsman LVCC, Defendants-Appellees,**

and

**Finch, Sergeant Lawrenceville Correctional Center (LVCC), Defendant.**

No. 17-6132

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2017

Decided: June 8, 2017

Donald Lee Hinton, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Lee Hinton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hinton v. Walker*, No. 3:15-cv-00626-JAG-RCY, 2017 WL 216700 (E.D. Va. Jan. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*